

30 Wall Street, 8th Floor
New York, NY 10005

B: 212-652-2782
F: 212-652-2783



September 11, 2019

Honorable Robert M. Levy
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

<u>Tabetha T. Tyndale v. Managed
Long Term Care, et al., 19 cv 00248
(NG)(RML)</u>

Dear Judge Levy:

    On September 5, 2019, the parties agreed to settle these matters for $255,000.00, inclusive of attorney's fees and costs to settle Ms. Tyndale's legal claims including the dismissal of Defendants' counterclaims. As soon as the parties complete the Rule 41 Dismissal, Settlement Agreement and General Release, the parties will promptly notify the Court.

Respectfully submitted

Eric Sanders (ES0224)

cc: ES/es